# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

In the Matter of:

ANGELINA KITCHEN,                     Case No. 10-51748-WS
                                      Chapter 7
                                      HON. Walter Shapero
          Debtor.
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Claim No. | Claimant | Amount |
|---|---|---|
| #1 | American Infosource Lp as Agent for | $1.76 |

Dated: September 14, 2011

*/s/ Karen E. Evangelista (P36144)*
Karen E Evangelista, Trustee
439 S. Main St., Suite 250
Rochester, MI 48307
(248) 652-7992
brewera1008@yahoo.com